UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROLAND NELSON,

               Plaintiff,

    v.

LARRY SHAW,

               Defendant.

Case No. 3:25-cv-00477-MMD-CSD

**ORDER**

On September 11, 2025, the Court entered an order directing Plaintiff to submit a signed complaint by October 10, 2025. (ECF No. 4.) Before that deadline expired, Plaintiff submitted a letter suggesting that he may not have received the Court's prior order. (*See* ECF No. 6.) Therefore, the Court will re-send Plaintiff a courtesy copy of its prior order and extend the deadline for compliance to **November 21, 2025**.

It is therefore ordered that the Clerk of Court send a courtesy copy of the Court's prior order (ECF No. 4) to Plaintiff at Northern Nevada Correctional Center.

It is further ordered that the deadline for Plaintiff to submit a signed complaint in compliance with the Court's prior order is **November 21, 2025**.

It is further ordered that, if Plaintiff does not submit a signed complaint by November 21, 2025, this case will be dismissed without prejudice.

DATED: October 22, 2025.

                                                          UNITED STATES MAGISTRATE JUDGE