UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROLAND NELSON,<br><br>Plaintiff<br><br>v.<br><br>LARRY SHEW,<br><br>Defendant | Case No. 3:25-cv-00477-MMD-CSD<br><br>ORDER |

**I.   DISCUSSION**

On May 26, 2026, the Court screened pro se Plaintiff Roland Nelson's complaint and referred this case the Court's Inmate Early Mediation Program. (ECF No. 15.) Nelson had filed several motions for appointment of counsel based primarily on the fact that his native language is Haitian Creole, and he has difficulty communicating in English. (ECF Nos. 1-2, 9, 11, 12.) The screening order denied these motions without prejudice but noted that the Court would attempt to find a translator for the mediation conference. (ECF No. 15 at 6.)

Plaintiff has filed a motion requesting that inmate Marshal Jones Prison I.D. #1260106 be allowed to assist him during mediation. (ECF No. 16.) He states that Jones could help him translate and understand the proceedings. (*Id.*) the Court grants Plaintiff's motion to have Jones assist him during mediation. The Court however emphasizes that Jones's role is only to help Plaintiff understand the proceedings. Plaintiff must make all the decisions regarding this case himself. The Court notes that this decision is limited to the upcoming mediation only and made in the interest of giving the parties the best chance at coming to an agreement. Plaintiff should not construe this as a general order regarding Jones's presence at any other hearing or his ongoing participation in this case.

**II.   CONCLUSION**

It is therefore ordered that inmate Marshall Jones Prison I.D. #1260106 will be permitted to attend the mediation conference to assist Plaintiff, but the Court reiterates

that he may not serve as Plaintiff's counsel or agent, and he may not advocate for Plaintiff at the hearing. Plaintiff must make all the decisions regarding this case himself.

It is further ordered that, in the interest of a productive mediation conference, the Defendants shall make reasonable efforts to allow Jones to attend the mediation conference to assist Plaintiff.


DATED THIS 23rd day of June 2026.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -