AARON D. FORD
Attorney General
FAITH A. STICKLER, (Bar No. 14991C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1114 (phone)
(775) 684-1108 (fax)
Email: fstickler@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLAND NELSON,<br>Plaintiff,<br>v.<br>LARRY SHEW, *et al.*,<br>Defendants. | Case No. 3:25-cv-00477-MMD-CSD<br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Roland Nelson, and Defendant, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Faith Stickler, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 14th day of July, 2026.

By: Nelson Roland
Roland Nelson (NDOC# 43780)
Plaintiff, Pro Se

DATED this 14th day of July, 2026.
AARON D. FORD
Attorney General

By: /s/ Faith Stickler
Faith Stickler (Bar No. 14991C)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 20th day of August, 2026.

UNITED STATES DISTRICT JUDGE